# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GONZALES, | 1:07-cv-00427-AWI-WMW PC |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| DEPT. OF MENTAL HEALTH, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 29, 2009, the Court issued an order finding that Plaintiff's complaint states cognizable claims against certain Defendants for violation of the Fourth and Fourteenth Amendments, but failed to state a claim on Plaintiff's remaining allegations. The Court ordered Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claims found to be cognizable. On April 29, 2009, Plaintiff notified the Court that he does not wish to amend and is willing to proceed on the claims found cognizable. Based on Plaintiff's notice, this Findings and Recommendations now issues. See Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, it is HEREBY RECOMMENDED that:

1.  Plaintiff's First, Sixth, Ninth, Fourteenth Amendment Due Process, Fourteenth Amendment Equal Protection, Supervisory Liability, and 42 U.S.C. § 1985, 1986

1

|   |   |
|---|---|
| 1 | claims be dismissed. |
| 2 | 2. Defendants California Department of Mental Health and Coalinga State Hospital be |
| 3 | dismissed. |
| 4 | These findings and recommendations are submitted to the United States District Judge |
| 5 | assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty days |
| 6 | after being served with these findings and recommendations, any party may file written objections |
| 7 | with the court and serve a copy on all parties. Such a document should be captioned "Objections to |
| 8 | Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served |
| 9 | and filed within ten days after service of the objections. The parties are advised that failure to file |
| 10 | objections within the specified time waives all objections to the judge's findings of fact. See Turner |
| 11 | v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may |
| 12 | waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991). |

IT IS SO ORDERED.

**Dated:   May 18, 2009**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE