# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK GONZALES, | CASE NO. 1:07-cv-00427-AWI-WMW PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| DEPT. OF MENTAL HEALTH, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on March 19, 2007.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Voss, Ranzaglia, Spurgeon, Robinson, Rabaut, Rogers, Walker, Martinez, Macias, Quintero, Barb and Devie for on Plaintiff's Fourth Amendment and Fourteenth Amendment conditions of confinement claims.[1]  Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

  1. Service is appropriate for the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's First, Sixth, Ninth, Fourteenth Amendment Due Proces, Fourteenth Amendment Equal Protection, Supervisory Liability, and 42 U.S.C. § 1985, 1986 claims be dismissed, as well as dismissal of Defendants Department of Mental Health and Coalinga State Hospital.

1

| | | |
|---|---|---|
| 1 | | W. T. VOSS |
| 2 | | GARY RENZAGLIA |
| 3 | | ROCKY SPURGEON |
| 4 | | JAMES ROBINSON |
| 5 | | CHUCK RABAUT |
| 6 | | SHARON ROGERS |
| 7 | | MICHAEL WALKER |
| 8 | | LATICIA MARTINEZ |
| 9 | | CONCEPCION MACIAS |
| 10 | | MARGARITA QUINTERO |
| 11 | | DR. RACHELLE BARB |
| 12 | | BARBARA DEVINE |

2. The Clerk of the Court shall send Plaintiff twelve USM-285 forms, twelve summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 19, 2007.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Thirteen copies of the endorsed complaint filed March 19, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>

1 | IT IS SO ORDERED.
2 | Dated:     May 18, 2009                           /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE