IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK GONZALES,

      Plaintiff,                    1: 07 CV 00427 AWI YNP GSA (PC)

      vs.                              ORDER

DEPT. OF MENTAL HEALTH, et al.,

      Defendants.

      Plaintiff is a civil detainee proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

      On June 22, 2009, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to obey a court order.  On May 18, 2009, Plaintiff was directed to submit, within thirty days, forms for service of process on defendants.  On the same date as the entry of the recommendation, Plaintiff submitted the forms for service of process. Accordingly, IT IS HEREBY ORDERED that the June 22, 2009, recommendation of dismissal is vacated.

      IT IS SO ORDERED.

      Dated:   **June 24, 2009**              /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE