UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICK GONZALES,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MENTAL HEALTH, et al.,<br><br>        Defendants. | Case No. 1:07-cv-00427-BLW<br>(severed from 1:06-cv-1801-BLW-LMB)<br><br>**ORDER** |

On February 12, 2013, the Court issued an order in Allen v. Mayberg, 1:06-cv-BLW-LMB (Dkt. 126), that this case be severed and that Plaintiff Rick Gonzales file a notice that he intended to represent himself pro se and proceed in this matter, within 21 days after entry of that Order (March 5, 2013). That date has since passed, and Plaintiff has not indicated that he wishes to represent himself or proceed. Accordingly, **IT IS ORDERED** that this case is DISMISSED without prejudice.

DATED: **April 3, 2013**



Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 1**